

FILED BY _____ D.C.

05 JUN -6

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| PEARLIE PIGUES, a Tennessee resident<br><br>Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION, a<br>Pennsylvania Corporation, and WILSON &<br>ASSOCIATES, P.L.L.C. Attorneys at Law,<br>an Arkansas Limited Liability Company<br><br>Defendants. | CIVIL ACTION NO. CV-05-2186<br><br>**MOTION GRANTED**<br>JON PHIPPS McCALLA<br>U.S. DISTRICT JUDGE<br><br>June 6, 2005<br>DATE |

## MOTION FOR ADMISSION PRO HAC VICE

**COMES NOW** D. Chris Carson and hereby requests the court to admit Reid S. Manley Pro Hac Vice, in the above styled case and states as follows:

1.  Mr. Manley possesses all of the qualifications required for admission to this court.

2.  Mr. Manley is of good moral and professional character.

Attached as Exhibit "A" is an Affidavit of Mr. Manley in Support of Motion for Admission Pro Hac Vice. Attached as Exhibit "B" is a Certificate of Good Standing for Mr. Manley from the United States District Court for the Northern District of Alabama.

Respectfully Submitted,

D. Chris Carson (BPR No. 021971)
Robert R. Maddox (Pro Hac)
Attorneys for Defendant
GMAC MORTGAGE CORPORATION

1363693

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-7-05

17

**OF COUNSEL:**
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 31 day of May, 2005:

Frank L. Watson, III
Andrew R. Carr, Jr.
Attorneys for Plaintiff
Bateman Gibson, PLLC
65 Union Avenue
Memphis, TN 38103

Wilson & Associates, P.L.L.C.
c/o Registered Agent:
CT Corporation Systems, Inc.
800 S. Gay Street, Suite 2021
Knoxville, TN 37929-9710

Wilson & Associates, P.L.L.C.
Attorneys at Law
200 Jefferson Avenue, Suite 750
Memphis, TN 38103

Wilson & Associates, P.L.L.C.
Attorneys at Law
1521 Merrill Drive
Little Rock, AR 72211

_____
OF COUNSEL

1363693

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02186 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Andrew R. Carr
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Robert R. Maddox
BURR & FORMAN LLP
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35203

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Reid S. Manley
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT