IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| PEARL J. PIGUES, a Tennessee resident, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GMAC MORTGAGE CORPORATION, ) <br> a Pennsylvania Corporation, and ) <br> WILSON & ASSOCIATES, P.L.L.C. ) <br> Attorneys at Law, an Arkansas Limited ) <br> Liability Company, ) <br> ) <br> Defendants. ) | Case No. 05-2186 Ml P |

## ~~[PROPOSED]~~ RULE 16(B) SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held June 9, 2005. Present were Frank Watson, counsel for plaintiff, Robert R. Maddox, counsel for defendant GMAC Mortgage Corporation, and Lucian T. Pera and Brian S. Faughnan, counsel for defendant Wilson & Associates, P.L.L.C. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1)**: On or before June 16, 2005

**JOINING PARTIES**: On or before August 1, 2005

**AMENDING PLEADINGS**: On or before August 1, 2005

**COMPLETING ALL DISCOVERY**: December 16, 2005

**(a) DOCUMENT PRODUCTION**: December 16, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-8-05



**(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: December 16, 2005

**(c) EXPERT WITNESS DISCLOSURE (Rule 26):**

    (1)    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: On or before October 14, 2005

    (2)    **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: On or before November 15, 2005

    (3)    **EXPERT WITNESS DEPOSITIONS**: By December 16, 2005

**FILING DISPOSITIVE MOTIONS**: On or before January 20, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last <u>3-5</u> days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

Based on the representations of the parties, this case is not presently appropriate for ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: June 7, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02186 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Robert R. Maddox
BURR & FORMAN LLP
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35203

Andrew R. Carr
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Reid S. Manley
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203

Honorable Jon McCalla
US DISTRICT COURT