IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PEARL J. PEGUES, a Tennessee resident,

    Plaintiff,

v.

GMAC MORTGAGE CORPORATION,
A Pennsylvania Corporation, and
WILSON & ASSOCIATES, PLLC,
an Arkansas Limited Liability Company,

    Defendants.

No.:   2: 05-cv-02186-JPM-tmp

(Hon. Judge Jon P. McCalla)

### [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITATION OF LOCAL RULES FOR PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY

Upon Motion and for good cause shown, the Plaintiff's Motion to Exceed Page Limitation of the local rules is well taken and should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Memorandum of Law in Support of her Motion for Partial Summary Judgment as to Liability may exceed the page limitation set forth by the local rules

_____
U.S. DISTRICT JUDGE
DATE: June 23, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-24-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02186 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Reid S. Manley
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203

Robert R. Maddox
BURR & FORMAN LLP
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35203

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

Andrew R. Carr
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT