IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᴜᵇ⁄ D.C.

05 JUL -7 PM 3:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| PEARL J. PIGUES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2186 Ml/P |
| | ) | |
| NO. 1 USED CARS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on June 8, 2005, by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last three to five (3-5) days, is set to begin Monday, April 3, 2006 at 9:30 a.m. in courtroom no. 4.

2. A pretrial conference is set for Tuesday, March 28, 2006 at 9:00 a.m.

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on March 21, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-8-05

23

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __7__ day of July, 2005.

```
                              /s/ Jon P. McCalla
                         _____
                         JON PHIPPS McCALLA
                         UNITED STATES DISTRICT JUDGE
```

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02186 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Robert R. Maddox
BURR & FORMAN LLP
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35203

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Andrew R. Carr
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Reid S. Manley
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203

Honorable Jon McCalla
US DISTRICT COURT