IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PEARL J. PIGUES, a Tennessee resident, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GMAC MORTGAGE CORPORATION, )<br>a Pennsylvania Corporation, and )<br>WILSON & ASSOCIATES, P.L.L.C. )<br>Attorneys at Law, an Arkansas Limited )<br>Liability Company, )<br>)<br>Defendants. ) | Case No. 05-2186 Ml P |

### ) ORDER EXTEND CERTAIN DEADLINES PENDING MEDIATION

It appears to the Court that the parties are in agreement that, in light of a scheduled upcoming mediation among the parties on August 17, 2005, certain deadlines in this case should be extended pending mediation. Accordingly, the following deadlines are extended as follows:

1. The July 20, 2005, deadline for defendants to respond to plaintiff's pending partial summary judgment motion is extended through September 16, 2005.

2. The July 29, 2005, deadline for defendants to respond to the interrogatories, requests for production of documents, and request for admissions that have been served upon them by plaintiff is extended through September 16, 2005.

3. The August 1, 2005, deadline for amending pleadings and joining parties is extended through September 16, 2005.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-26-05

4. The August 10, 2005, deadline for plaintiff to respond to the interrogatories and request for production of documents served upon her by defendant Wilson & Associates, P.L.L.C. is extended through September 16, 2005.

5. The August 10, 2005, deadline for plaintiff to respond to the interrogatories and request for production of documents served upon her by defendant GMAC Mortgage Corporation is extended through September 16, 2005.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
TU M. PHAM

Date: July 22, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02186 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Reid S. Manley
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203

Robert R. Maddox
BURR & FORMAN LLP
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35203

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

Andrew R. Carr
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT